IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00388–EWN–MJW

MARK HOWARD,

    Plaintiff,

v.

COUNTY OF LAS ANIMAS in the STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
ANTHONY BACCACCIO, and
HENRY GUZZO,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Defendant Anthony Boccaccio's "Motion to Compel Attendance of Plaintiff and Counsel" filed July 1, 2005 is GRANTED in part. Both plaintiff and counsel shall be present so that each can participate and receive court rulings. They may elect to participate by telephone conference call from counsel's office, so long as each can hear and communicate directly with other participants (i.e., they must be on a speaker phone). Counsel shall furnish to the courtroom deputy clerk a number to which the court can place the conference call.

Dated: July 5, 2005