IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00388–EWN–MJW

MARK HOWARD,

    Plaintiff,

v.

COUNTY OF LAS ANIMAS in the STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
ANTHONY BACCACCIO, and
HENRY GUZZO,

    Defendants.

---

**ORDER**

---

    This matter has come before the court on a discovery document (#160) filed by Plaintiff, Mark Howard, who is now proceeding *pro se*. According to the cover letter, plaintiff does not have a mailing address, and his "only means of contact" consists of two e-mail addresses. Plaintiff is in violation of rule 10.1K of the Local Rules of Practice of the United States District Court for the District of Colorado. Local rule 10.1K states:

> The name, current mailing address, and telephone number of any attorney of record or *pro se* party shall be typed in a signature block at the end of the paper. A post office box number will be accepted as a mailing address, but a street address also must be provided.

Therefore, it is

    **ORDERED** as follows:

1. Plaintiff's pleading (#160) is STRICKEN for failure to conform to rule 10.1K.

2. Within eleven days from the date of this order, plaintiff will file with the court and serve on opposing counsel a paper containing a street address and, if desired, a post office address. Until he complies, all filings will be stricken.

3. The clerk will attach this order to an e-mail and forward it to both of plaintiff's e-mail addresses.

Dated this 16th day of August, 2005.

                                                BY THE COURT:

                                                s/Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge