IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00388–EWN–MJW

MARK HOWARD,

    Plaintiff,

v.

COUNTY OF LAS ANIMAS in the STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
ANTHONY BACCACCIO, and
HENRY GUZZO,

    Defendants.

# ORDER

    This case comes before the court on numerous motions.  On May 20, 2005, the court granted defendants' motions to dismiss and motions for summary judgment.  Final judgment to this effect was entered on May 26, 2005.  Thereafter, on June 1, 2005, defendants sought their attorney fees pursuant to, *inter alia*, 28 U.S.C. § 1927.  On June 23, 2005, plaintiff appealed from the final judgment and moved the court to stay proceedings pending his appeal.  On August 12, 2005, the court granted the motion for attorney fees and denied plaintiff's motion to stay the proceedings.

The primary matter before the court is defendants' motion (#165), asking the court to enter judgment on its order granting attorney fees and costs. The court has already so ordered, and the motion merely requests that the order be reduced to judgment. Although plaintiff has appealed the underlying judgment, courts in this circuit are permitted, where attorney fees are sought, to enter separate judgments for the underlying case and for attorney fees. Thus, the pendency of an appeal should not affect this court's jurisdiction on the separate and collateral matter of attorney fees.

Plaintiff has opposed the motion. First, he sought suspension of all proceedings on the ground that he was in jail. He does not explain where or why he is in jail, nor does he elucidate the prospects for his release and progress of the case. In any event, more than thirty days have passed, and he has now responded to the motion. Notwithstanding his filing of a motion to strike, he has filed another motion to extend the time for his response. It is a fair inference that these are simply delaying tactics.

Plaintiff has also filed numerous other motions which the court finds to be without merit. Accordingly, it is

ORDERED as follows:

1. The motion for judgment (#165) is GRANTED. The clerk shall forthwith enter judgment in favor of defendants and against plaintiff in the amount of $16,447.51 in attorney fees and costs.

2. The motion for a writ of execution (#165) is DENIED at this time, without prejudice to renewal within ten days. *See* Fed. R. Civ. Pro. 62(a). When execution or similar process is filed it will be referred to the magistrate judge. *See* D.C.COLO.LCivR 72.1B.4.

3. Plaintiff's motion to suspend proceedings (#163), motion to strike the motion for attorney fees (#169), motions to extend time (##176, 178), motion to clarify (#177) and motion for court review of the motion for judgment (#179) are all DENIED.

Dated this 8th day of November, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge