IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00388–EWN–MJW

MARK HOWARD,

    Plaintiff,

v.

COUNTY OF LAS ANIMAS in the STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
ANTHONY BACCACCIO, and
HENRY GUZZO,

    Defendants.

## ORDER

This matter is before the court on the motion of Defendant Anthony Boccaccio (#187) for entry of judgment on previously-entered orders awarding him costs in this matter. The court, having considered the motion and the file, and being otherwise sufficiently advised, now

**ORDERS** that the motion be GRANTED and that the clerk shall forthwith enter judgment against Plaintiff and favor of Defendant Anthony Boccaccio in the amount of $3,467.50.

Dated this 14th day of November, 2005.

                                    BY THE COURT:

                                    s/ Edward W, Nottingham
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge