IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00388–EWN–MJW

MARK HOWARD,

    Plaintiff,

v.

COUNTY OF LAS ANIMAS in the STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
ANTHONY BACCACCIO, and
HENRY GUZZO,

    Defendants.

## **ORDER**

This matter is before the court on Plaintiff's motion (#203) for relief from judgments awarding attorney fees (docketed at ##192, 193). The court has reviewed the motion and concludes that it has no merit. Accordingly, it is

ORDERED that the motion (#203) is DENIED.

Dated this 28th day of November, 2005.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge