IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00388-EWN-MJW

MARK HOWARD,

        Plaintiff,

v.

COUNTY OF LAS ANIMAS in the STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
ANTHONY BACCACCIO, and
HENRY GUZZO,

        Defendants.

## ORDER TO CURE DEFICIENCY

Nottingham, Judge

Plaintiff submitted a Notice of Appeal on December 5, 2005 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
    X    is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    X    is not submitted
    ___  is not on proper form (must use the court's current form)
    ___  is missing original signature by plaintiff/petitioner on motion
    ___  is missing affidavit
    ___  affidavit is incomplete
    ___  is missing original signature by plaintiff/petitioner on affidavit
    ___  affidavit is not notarized or is not properly notarized
    ___  other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 6th day of December, 2005.

BY THE COURT:

s/ Edward W. Nottingham
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO