IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-00388-EWN-MJW

MARK HOWARD,

Plaintiff,

v.

COUNTY OF LAS ANIMAS in the STATE OF COLORADO, et al.,

Defendants.

_____

MINUTE ORDER
_____

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

　　　It is hereby **ORDERED** that the Plaintiff [sic] Motion for Court initiated Sanctions Pursuant to Fed. R. Civ. P. Rule 11 (b), (c)(1)(B), Rule 5(a), (b)(2)(A)(B) and D.C.Colo.LCiv.R. 7.1(a)(f) against Defendant Las Animas County Sheriffs Department Upon their documents 216 and 215, which was filed on December 13, 2005 (Docket No. 225), is **denied**.  Although plaintiff claims in his motion that he did not receive a copy of the defendant's motion (Docket Nos. 215 and 216) and the motion was not sent to him, the Certificate of Service attached to the defendant's motion (Docket No. 215) indicates that a copy of the motion was mailed on December 5, 2005, from Denver to the plaintiff in Colorado Springs where he is incarcerated.  Plaintiff's motion is dated just three days after the purported mailing of the defendant's motion.  Therefore, the fact that the motion had not yet made its way to the plaintiff from Denver to Colorado Springs and then through the jail's mail room by December 8, 2005, is not proof that the motion was never mailed to him.  There is thus no basis for the imposition of sanctions.  Plaintiff is cautioned not to waste the court's time with motions filed too hastily.  Plaintiff's factual contentions must have evidentiary support.  See Fed. R. Civ. P. 11(b)(3).

Date:  December 14, 2005