IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00388-EWN-MJW

MARK HOWARD,

Plaintiff,

v.

COUNTY OF LAS ANIMAS in the STATE OF COLORADO, et al.,

Defendants.

## ORDER

**ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE**

It is hereby **ORDERED** that Defendant Anthony Boccaccio's Motion for Writ of Execution, Pursuant to Fed.R.Civ.P. [sic] 69, which was filed on November 29, 2005 **(Docket No. 210)**, is **granted**. Counsel for defendant Boccaccio shall forthwith submit a completed Writ of Execution to the Clerk of the Court via electronic filing (see the form Writ of Execution on the court's website, www.cod.uscourts.gov). It is further

**ORDERED** that Defendants Las Animas County Sheriff's Department, Las Animas County Sheriff James Casias, and Henry Guzzo's Motion for a Writ of Execution Pursuant to Fed. R. Civ. P. 69, which was filed on December 5, 2005 **(Docket No. 215)**, is **granted**. Counsel for defendants Las Animas County Sheriff's Department, Las Animas County Sheriff James Casias, and Henry Guzzo shall forthwith submit a completed Writ of Execution to the Clerk of the Court via electronic filing (see the form Writ of Execution on the court's website, www.cod.uscourts.gov). It is further

**ORDERED** that Plaintiff [sic] Motion to Strike "Defendant Anthony Boccaccio's Motion for Writ of Execution, Pursuant to Fed. R. Civ. P. 69," Pursuant to Fed. R. Civ. P., under D.C.Colo.L.Civ.R. 7.1(a) and Fed. R. Civ. P. Rule 11(b), (c)(1)(B) and Fed. R. Civ. P. Rule 5(a), (b)(2)(A)(B), and D.C. Colo.L.Civ.R. 7.1(F), Rule 58(A), which was filed on December 30, 2005 **(Docket No. 220)**, is **denied**. It is further

**ORDERED** that Defendants, Las Animas County Sheriff's Department, Sheriff James Casias, Henry Guzzo, and the County of Las Animas Motion to Enjoin Plaintiff Mark Howard from Filing Pleadings in the District Court, which was filed on December 30, 2005 **(Docket No. 236)**, is **denied**, without prejudice.

2

      **ORDERED** that Plaintiff [sic] Motion for Court initiated Sanctions Pursuant to Fed. R. Civ. P. Rule 11(b), (c)(1)(B), Rule 5(a), (b)(2)(A)(B), and D.C.Colo.L.Civ.R. 7.1(a)(f) against Defendant Las Animas County Sherifs [sic] Department Upon their Documents 216 and 216, which was filed on January 4, 2006 **(Docket No. 243)**, is **denied**. It is further

      **ORDERED** that Plaintiff [sic] Motion for Initiation of Sanctions under Rule 11(1)(a), Against Defendant Anthony Boccaccios Counsels Sean Lane, Jonathan Cross, "Cross & Liechty, P.C." for violations of Rule 11(b), and Rule 5(a), (b) of Document 187, which was filed on January 4, 2006 **(Docket No. 244)**, is **denied**. It is further

      **ORDERED** that Plaintiff [sic] Motion to Strike Las Animas Defendants Documents 215 & 216 for Violating ORDER of 11-8-2005 in late entry, which was filed on January 10, 2006 **(Docket No. 246)**, is **denied**. Defendants' filing is timely under Fed. R. Civ. P. 62(a). It is further

      **ORDERED** that Plaintiff Mark Howards [sic] 1st Motion for Court Initiated Sanctions against Las Animas Defendants Counsel Tim P. Schimberg, Pursuant to Fed. R. Civ. P. Rule 11(b), (C)(1)(B), and D.C.Colo.L.Civ.R. 7.1(a)(f) upon his Documents 236 and 237, which was filed on January 11, 2006 **(Docket No. 248)**, is **denied**. It is further

      **ORDERED** that Plaintiff [sic] Motion to Withdraw Motion to Compel Counsel Loudens to Supply Documents for Appeal, which was filed on February 28, 2006 **(Docket No. 272)**, is **granted**. Accordingly, Plaintiff [sic] Motion for ORDER to Compel Counsel to Provide Case Documents, which was filed on February 23, 2006 **(Docket No. 270)** is **deemed withdrawn**.

Date: March 10, 2006