IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00388–EWN–MJW

MARK HOWARD,

    Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
ANTHONY BOCCACCIO, and
HENRY GUZZO,

    Defendants.

**ORDER**

This matter is before the court on Plaintiff's motions (##277, 278, 279) to reconsider the magistrate judge's various orders allowing Defendants to execute on Plaintiff's property in order to satisfy Defendants' judgments for attorney fees. It is not clear whether the motions are directed to the magistrate judge or to me, but that detail need not confound the matter because the motions are not well-founded, no matter who they are addressed to. While Plaintiff is correct that 28 U.S.C. s 1927 does not permit an award of attorney fees against a party, he is incorrect in assuming that section 1927 was the only basis for the motions for fees or for the court's order. It

was not. Both motions and the order were also premised on the fee-shifting provisions of Fed. R. Civ. 56, which permits an award against a party. Accordingly, it is

ORDERED that the referenced motions be DENIED.

Dated this 7th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge