IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00388-EWN-MJW

MARK HOWARD,

Plaintiff,

v.

COUNTY OF LAS ANIMAS in the STATE OF COLORADO, et al.,

Defendants.

## MINUTE ORDER

## ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby **ORDERED** that the plaintiff's Motion for Sanctions Upon Las Animas County Sheriff Defendant Counsel Mr. Timothy P. Schimberg for Abusive Deposition Conduct Pursuant to D.C.LOCAL COLO. CIV. R. [sic] 30.3, which was filed on May 10, 2006 (Docket No. 286), is **DENIED**.  Plaintiff unreasonably delayed the filing of this motion.  See Lancaster v. Independent Sch. Dist. No. 5, 149 F.3d 1228, 1237 (10th Cir. 1998) ("[W]e decline to impose a flat prohibition on Rule 37 motions after entry of judgment.  However, a Rule 37 motion for sanctions should be filed without unreasonable delay).  The deposition at issue was conducted almost 19 months before the motion was filed; discovery closed on January 18, 2005, almost 16 months before this motion was filed (see Docket No. 39); and final judgment was entered by the Clerk on May 26, 2005, almost one year before this motion was filed (Docket No. 118).  Furthermore, plaintiff was represented by counsel at this deposition.  Moreover, upon review of the transcript excerpts provided by the plaintiff, this court finds that plaintiff's claim of abusive conduct is unfounded.  Plaintiff is cautioned that if he files any similar motions in this case, sanctions may very well be imposed against him, including attorney fees and costs.

Date: May 24, 2006