IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00388-MSK-MJW

MARK HOWARD,

Plaintiff,

v.

COUNTY OF LAS ANIMAS in the STATE OF COLORADO, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Motion to Strike "letters" not Conformant to form of Pleadings (Docket No. 304) and Plaintiff's Motion to Compel Former Counsel for Plaintiff, Ms. Virginia Hudson Louden, to Comply to Case Litigation File Request (Docket No. 305) are **denied**. This case has been terminated. In May 2005, Judge Nottingham directed that judgment shall enter in favor of all defendants and against plaintiff and dismissing all claims with prejudice. (Docket Nos. 116 and 117). A Final Judgment was entered on May 26, 2005. (Docket No. 118). Furthermore, a Judgment Awarding Attorney Fees and Costs was entered on November 14, 2005. (Docket No. 192). In addition, plaintiff's appeal was dismissed by the Tenth Circuit Court of Appeals. (Docket No. 298). The court does not have jurisdiction to hear plaintiff's current motions, filed years after the case was terminated, including plaintiff's motion to strike letters (Docket No. 304), which is frivolous. Furthermore, with regard to plaintiff's motion to compel, this is not the proper forum to obtain counsel's litigation file.

Date:  March 17, 2009